IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CR-20044-03-KHV |
| ) | |
| CHACONIE LEEANNA EDWARDS ) | |
| a/k/a "CC" ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

At her change of plea hearing on June 14, 2005, Chaconie Edwards requested a contact visit with her children aged 13 and 10. The Court asked the government to facilitate such a visit. The marshal's office later stated that it would not arrange a contact visit without a written order from the Court. This matter comes before the Court on defendant's <u>Motion For Contact Visit</u> (Doc. #250) filed August 23, 2005. After careful consideration of the issues involved in defendant's request, the Court overrules defendant's motion for substantially the reasons set forth in the government's <u>Response To Defendant's Motion For Contact Visit</u> (Doc. #263) filed September 23, 2005. The Court regrets that defendant's request cannot be reconciled with security concerns at this time.

**IT IS THEREFORE ORDERED** that defendant's <u>Motion For Contact Visit</u> (Doc. #250) filed August 23, 2005 be and hereby is **OVERRULED**.

Dated this 5th day of October, 2005.

s/ Kathryn H. Vratil
Honorable Kathryn H. Vratil
United States District Judge

1